**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| AIRCRAFT FUELING SYSTEMS, INC., | ) |
| PLAINTIFF, | ) |
| vs. | ) CASE NO. 08-CV-414-GKF-FHM |
| SOUTHWEST AIRLINES, CO., | ) |
| DEFENDANT. | ) |

## OPINION AND ORDER

Plaintiff's Motion for Leave to File a Surreply Regarding Southwest's Motion for Spoliation Sanctions [Dkt. 143] is GRANTED. Plaintiff shall file its surreply by August 16, 2011. Defendant may file a sur-surreply by August 26, 2011.

SO ORDERED this 15th day of August, 2011.

_Frank H. McCarthy_
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE