UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AIRCRAFT FUELING SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 08-CV-414-GKF-FHM |
| SOUTHWEST AIRLINES, CO., | ) |
| Defendant. | ) |

## OPINION AND ORDER

Plaintiff's Motion for Leave to File Second Motion to Compel, [Dkt. 139], is before the Court for decision. Defendant has filed a response, [Dkt. 151], and Plaintiff has filed a reply, [Dkt. 162].

Plaintiff seeks permission to file a motion to compel which in turn would seek un-redacted versions of memos that provide status updates for all of Defendant's fuel projects. Defendant responds, in part, that it has produced all portions of the memos relating to the projects at issue in this case. In reply, Plaintiff does not assert that the redacted information is relevant. Instead, Plaintiff simply argues that irrelevant information cannot be redacted under the rules.

Discovery in this case is over. [Dkt. 138]. At this stage of the case, the Court will not entertain a motion to compel to litigate whether irrelevant information should be produced.

Plaintiff's Motion for Leave to File Second Motion to Compel, [Dkt. 139], is DENIED.

SO ORDERED this 7th day of September, 2011.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE