UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AIRCRAFT FUELING SYSTEMS, INC., | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CASE NO. 08-CV-414-GKF-FHM |
| | ) |
| SOUTHWEST AIRLINES, CO., | ) |
| | ) |
| DEFENDANT. | ) |

**OPINION AND ORDER**

Plaintiff's Motion for *In Camera* Inspection of Documents, [Dkt. 145], is before the Court for decision. Defendant has filed a response, [Dkt. 158], and Plaintiff has filed a reply, [Dkt. 167].

Plaintiff seeks an order requiring Defendant to submit certain documents to the Court for *in camera* inspection to determine if the documents are properly withheld from production. Defendant responds that Plaintiff has not been diligent in seeking court review and that the documents are properly withheld.

From the information provided, it appears that Plaintiff promptly disputed Defendant's withholding of the documents once Defendant provided a privilege log. It also appears that Plaintiff attempted to resolve the issues with Defendant before filing a motion with the Court. The Court, therefore, concludes that Plaintiff has been diligent in seeking relief.

In light of the small number of documents at issue, it will not be a burden on the Court to review the documents *in camera*. Plaintiff's Motion for *In Camera* Inspection of Documents, [Dkt. 145], is therefore granted and Defendant shall promptly submit the documents to the Court for *in camera* review.

SO ORDERED this 7th day of September, 2011.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE