# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AIRCRAFT FUELING SYSTEMS, INC., | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CASE NO. 08-CV-414-GKF-FHM |
| | ) |
| SOUTHWEST AIRLINES, CO., | ) |
| | ) |
| DEFENDANT. | ) |

## OPINION AND ORDER

The Court previously granted Plaintiff's Motion for *In Camera* Inspection of Documents, [Dkt. 145] and ordered Defendant to submit the documents at issue for *in camera* inspection. [Dkt. 174]. The Court has concluded its review of the withheld documents and based on that review and the representations by Defendant in its response, [Dkt. 158], the Court finds that all of the documents were properly withheld from discovery. No further production of documents is required.

SO ORDERED this 13th day of September, 2011.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE