# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Aircraft Fueling Systems, Inc.,** | ) |
| **PLAINTIFFS,** | ) |
| vs. | ) CASE NO. 08-CV-414-GKF-FHM |
| **Southwest Airlines, Co.,** | ) |
| **DEFENDANTS.** | ) |

## OPINION AND ORDER

Plaintiff's Motion to Compel [Dkt. 212] is before the court for decision. Defendant has filed a response [Dkt. 232] and Plaintiff has waived filing a reply [Dkt. 241].

Plaintiff's motion raises the same issue addressed by the court in an earlier Opinion and Order [Dkt. 172]. Plaintiff argues that because there are a large number of documents with redactions at issue in this motion, the result should be different.

The court finds that the large number of documents does not change the analysis. The dispositive issue is that Plaintiff is seeking irrelevant information after the discovery deadline. Fed. R. Civ. P. 26(b)(1).

Plaintiff's Motion to Compel [Dkt. 212] is DENIED.

SO ORDERED this 16th day of December, 2011.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE