# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AIRCRAFT FUELING SYSTEMS, INC., | ) |
| PLAINTIFF, | ) |
| vs. | ) CASE NO. 08-CV-414-GKF-FHM |
| SOUTHWEST AIRLINES, CO., | ) |
| DEFENDANT. | ) |

## OPINION AND ORDER

Plaintiff's Motion for *In Camera* Inspection of Documents [Dkt. 220] is before the court for decision. Defendant has filed a response [Dkt. 240] and Plantiff has waived filing a reply. [Dkt. 241].

Plaintiff seeks an order requiring Defendant to submit one document to the court for *in camera* review to determine if it is properly being withheld based on privilege or work product protection.

The court previously granted a similar motion by Plaintiff concerning other documents. [Dkt.174]. Based on the same analysis the court hereby GRANTS Plaintiff's Motion for *In Camera* Inspection of Documents [Dkt. 220]. Defendant shall promptly submit the document to the undersigned for *in camera* review.

SO ORDERED this 16th day of December, 2011.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE