# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Aircraft Fueling Systems, Inc.,** | ) |
| **PLAINTIFFS,** | ) |
| vs. | ) CASE NO. 08-CV-414-GKF-FHM |
| **Southwest Airlines, Co.,** | ) |
| **DEFENDANTS.** | ) |

## OPINION AND ORDER

Plaintiff's Motion for Hearing on Defendant's Discovery Violations and to Determine Appropriate Remedial Measures [Dkt. 227] is before the court for decision. Defendant has filed a response [Dkt. 253]. Plaintiff has also filed a Supplement [Dkt. 271].

Plaintiff contends that Defendant has engaged in a pattern of deceptive, bad faith discovery misconduct. Plaintiff argues that the court has the authority to compel Defendant to answer questions about its discovery practices and seeks an evidentiary hearing to fully determine Defendant's discovery misconduct.

Defendant's alleged discovery misconduct has been the subject of several motions filed by Plaintiff and the court has addressed the merits of those issues in ruling on Plaintiff's previous motions.

Plaintiff's Motion for Hearing on Defendant's Discovery Violations and to Determine Appropriate Remedial Measures [Dkt. 227] is DENIED.

SO ORDERED this 16th day of December, 2011.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE