## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

Aircraft Fueling Systems, Inc. ,    )
                                            )
            PLAINTIFFS,      )
                                            )
vs.                         )     CASE No. 08-CV-414-GKF-FHM
                                            )
Southwest Airlines, Co. ,     )
                                            )
            DEFENDANTS.     )

## OPINION AND ORDER

Plaintiff's Expedited Motion to Compel [Dkt.221] and Supplement to Expedited Motion to Compel and Request for Hearing [Dkt.234] are before the court for decision. Defendant has filed a response [Dkt. 259]. No reply was filed.

By this Motion and Supplement, Plaintiff once again seeks discovery after the discovery deadline. Plaintiff's current request is for 24 categories of documents. Plaintiff bases the motion on the recent depositions of Mr. McCartin and Mr. Myrben which Plaintiff contends confirmed the existence of additional relevant documents that Defendant is withholding from production.

Defendant responds that the recent depositions do not confirm that Defendant has improperly withheld any documents from production. Defendant represents to the court that it has already produced all documents responsive to Plaintiff's relevant requests and objects to Plaintiff's continued efforts to engage in discovery after the discovery deadline. Defendant provides a specific response to each of Plaintiff's categories.

The court finds that the recent depositions of Mr. McCartin and Mr. Myrben do not confirm the existence of additional relevant documents that Defendant is improperly

withholding from production. To the extent that the 24 categories contain new discovery requests the court has previously denied Plaintiff's request to re-open discovery.

Plaintiff's Expedited Motion to Compel [Dkt.221] and Supplement to Expedited Motion to Compel and Request for Hearing [Dkt.222] are DENIED.

SO ORDERED this 16th day of December, 2011.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE