## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AIRCRAFT FUELING SYSTEMS, INC., | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | )   CASE NO. 08-CV-414-GKF-FHM |
| | ) |
| SOUTHWEST AIRLINES, CO., | ) |
| | ) |
| DEFENDANT. | ) |

## OPINION AND ORDER

The Court previously granted Plaintiff's Motion for *In Camera* Inspection of Documents, [Dkt. 220], and ordered Defendant to submit the document at issue for *in camera* inspection. [Dkt. 273]. The Court has concluded its review of the withheld portion of the document and based on that review and the representations by Defendant in its response, [Dkt. 240], the Court finds that the portion of the document was properly withheld from discovery. No further production of the document is required.

SO ORDERED this 10th day of January, 2012.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE