## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **AIRCRAFT FUELING SYSTEMS, INC.,** | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CASE NO. 08-CV-414-GKF-FHM |
| | ) |
| **SOUTHWEST AIRLINES, CO.,** | ) |
| | ) |
| DEFENDANT. | ) |

## OPINION AND ORDER

Plaintiff's Motion for Stay of Determination of all Motions Referred to Magistrate Judge McCarthy Pending Resolution of the Motion to Disqualify [Dkt. 283] has been referred to the undersigned for decision. On January 5, 2012 the undersigned denied Plaintiff's Motion to Disqualify Magistrate Judge Frank H. McCarthy [Dkt. 282].

Plaintiff's Motion for Stay of Determination of all Motions Referred to Magistrate Judge McCarthy Pending Resolution of the Motion to Disqualify [Dkt. 283] is DENIED AS MOOT.

Dated this 10th day of January, 2012.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE