UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| AIRCRAFT FUELING SYSTEMS, INC., | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) | Case No. 08-CV-414-GKF-FHM |
| SOUTHWEST AIRLINES, CO., | ) |  |
| Defendant. | ) |  |

## OPINION AND ORDER

Plaintiff's Motion for Stay of Determination of all Motions Referred to Magistrate Judge McCarthy Pending Resolution of the Motion to Disqualify [Dkt. 283] has been referred to the undersigned for decision. On January 5, 2012 the undersigned denied Plaintiff's Motion to Disqualify Magistrate Judge Frank H. McCarthy [Dkt. 282].

Plaintiff's Motion for Stay of Determination of all Motions Referred to Magistrate Judge McCarthy Pending Resolution of the Motion to Disqualify [Dkt. 283] is DENIED AS MOOT.

Dated this 10th day of January, 2012.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE